**FILED**
COURT OF APPEALS
SECOND DISTRICT OF TEXAS

FEB 2 5 2026

CLARISSA HODGES, CLERK



# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

---

No. 02-26-00118-CV

---

## IN RE RASHAD BRAZIER, Relator

---

Original Proceeding
County Court at Law No. 1 of Tarrant County, Texas
Trial Court No. 2026-000757-1

---

Before Walker, Kerr, and Birdwell, JJ.
Per Curiam Memorandum Opinion

# MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and motion for temporary relief and stay pending mandamus and is of the opinion that relief should be denied. Relator's petition is not supported by authorities, is not supported by documentation, and is not certified. *See* Tex. R. App. 52.3(h), (j), (k). Neither Relator's petition nor his motion identifies who the real party in interest is or shows that he has notified the trial court or the real party in interest that he has filed the petition and motion. *See* Tex. R. App. P. 52.2, 52.10(a). Accordingly, relator's petition for writ of mandamus and motion for temporary relief and stay pending mandamus are denied.

Per Curiam

Delivered: February 25, 2026